HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-0100JLR |
| Plaintiff, | |
| vs. | ORDER GRANTING **unopposed** MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| JAY WRIGHT, | |
| Defendant. | |

This matter has come before the Court on the defendant's unopposed Motion for Early Termination of Supervised Release, and the Court having considered the records and files herein, NOW, THEREFORE,

IT IS HEREBY ORDERED that defendant Jay Wright is terminated from the remainder of his supervised release term.

DATED this 9th day of June, 2017

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/Thomas H. Fryer
Thomas H. Fryer, WSBA No. 22955
Attorney for Jay Wright

ORDER GRANTING MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE
(Jay Wright; CR13-00100JLR) - 1

The Law Office of
GROCHMAL & FRYER, PC
114 W. Magnolia, Suite 315
Bellingham, Washington 98225
(360) 647-1000
FAX: (360) 392-3931